

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEBORAH L. ROBINSON                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:05cv89-TSL-AGN

METEOR EXPRESS, INC.                                                   DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the Plaintiffs' cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 10th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT